**HSE**
**Harter Secrest & Emery LLP**
ATTORNEYS AND COUNSELORS
WWW.HSELAW.COM

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

April 21, 2023

Application GRANTED. The initial pretrial conference currently scheduled for May 3, 2023, is adjourned to **May 10, 2023, at 4:20 P.M.** The parties shall submit their joint letter and proposed case management plan by **May 3, 2023**, at noon.

Dated: April 25, 2023
       New York, New York

**VIA ECF**

Hon. Lorna G. Schofield
U.S. District Judge
U.S. District Court, S.D.N.Y.
500 Pearl Street
New York, New York 10007

Re:   Archimbaud v. Gannett Co., Inc. (1:23-CV-02133-LGS)
      LETTER MOTION FOR ADJOURNMENT OF TELEPHONIC CONFERENCE

Dear Judge Schofield:

This law firm represents Defendant Gannett Co., Inc. in the above-referenced matter. With the consent of Douglas Mace, attorney for the Plaintiff, I write to request a brief adjournment of the telephonic conference currently scheduled for May 3, 2023 at 4:20 p.m. This is the first such request.

Plaintiff commenced this action on March 13, 2023. We agreed to waive service of process, so our deadline to respond to the Complaint is not until May 15, 2023. Additionally, I am scheduled to be out of town on a long-planned vacation from May 1 to May 6, which will make it difficult to participate in the conference as currently scheduled. After consulting with Mr. Mace, we are both available for a rescheduled conference on May 8-10 or May 15-16. If the Court reschedules the telephonic conference for one of these dates, we also request that the date for submission of a joint Proposed Civil Case Management Plan and Scheduling Order and joint letter be moved accordingly to a date seven (7) days prior to the rescheduled telephonic conference.

If you have any questions or require additional information, please contact me at any time.

Very truly yours,

Harter Secrest & Emery LLP

/s/ Robert C. Weissflach
Robert C. Weissflach
DIRECT DIAL: 716.844.3707
EMAIL: RWEISSFLACH@HSELAW.COM

RCW:rd