UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
ANDRE ARCHIMBAUD,
                              Plaintiff,

                              23 Civ. 2133 (LGS)

          -against-

                              ORDER

GANNETT COMPANY, INC. USA TODAY,
                              Defendant.

------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, the parties agreed to arbitrate this dispute and a stay was entered on May 4, 2023, pending the outcome of the arbitration.

      WHEREAS, by joint status letter filed October 24, 2024, the parties informed the Court of the final award of the arbitrator granting summary disposition of all claims. The parties requested entry of the award as a judgment and dismissal of this case.

      WHEREAS, Plaintiff stated he does not intend to move to vacate the award. It is hereby

      **ORDERED** that the Final Award of the arbitrator dismissing all claims is adopted. Plaintiff's claims are dismissed with prejudice.

      The Clerk of Court is respectfully directed to enter judgment in favor of Defendant and close the case.

Dated: October 28, 2024
       New York, New York

                                        LORNA G. SCHOFIELD
                                        UNITED STATES DISTRICT JUDGE