**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
ANDRE ARCHIMBAUD,

                Petitioner,            23 **CIVIL** 2133 (LGS)

    -against-                          **<u>JUDGMENT</u>**

GANNETT COMPANY, INC. USA TODAY,

                Respondent.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated October 28, 2024, the Final Award of the arbitrator dismissing all claims is adopted. Plaintiff's claims are dismissed with prejudice. Judgment is entered in favor of Defendant, and the case is closed.

**Dated**: New York, New York
       October 29, 2024

                                                   **DANIEL ORTIZ**
                                             **Acting Clerk of Court**

                              **BY:** _____
                                                      **Deputy Clerk**